

# Memorandum

**To:** The Honorable Rya W. Zobel, Senior U.S. District Judge

**From:** Marlenny Ramdehal, U.S. Probation Officer

**Date:** May 3, 2016

**Re:** Mervil, Emmanuel
Docket Number: 1:08-cr-10101
Request for International Travel

---

The purpose of this memorandum is to advise the Court that the above captioned defendant has requested permission to Cancun, Mexico the week of June 23, 2016 to attend a wedding. Mr. Mervil appeared before the Honorable Joseph L. Tauro on 6/19/2013, having previously pled guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1). On that date, he was sentenced to 48 months' custody of the Bureau of Prisons, followed by 3 years' of supervised release.

In accordance with our office's district policy, the undersigned probation officer contacted the Consulate General of Mexico in an attempt to receive written permission for Mr. Mervil to travel to their country. This Officer has not yet received written confirmation from the Consulate General of Mexico granting Mr. Mervil's travel request.

Mr. Mervil commenced his term of supervised release on 7/10/2015 and during that period has complied with all terms of supervision imposed by the Court. Due to Mr. Mervil's overall compliance with his conditions thus far, the U.S. Probation Office is inclined to allow this request even without the Consulate's response. If Your Honor has no objection to this travel despite the lack of permission from the Mexican Consulate, please kindly indicate by signing below.

Reviewed and Approved by:

/s/Joseph LaFratta
Joseph LaFratta
Supervising U.S. Probation Office

1

I concur ✓
I do not concur _____

_____
The Honorable ~~Rya W. Zobel~~, Denise J. Casper
~~Senior~~ U.S. District Judge

● Page 2